ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Johnny Earl Eason II** **Docket No. 2:26-CR-1-1FL**

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Johnny Earl Eason II, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 20th day of January, 2026.

The defendant appeared before Robert B. Jones, Jr., the U.S. Magistrate Judge for arraignment on the 15th day of July, 2026, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release, the defendant has fully complied with his conditions of release, including home incarceration with location monitoring at the Healing Transitions program in Raleigh, North Carolina.

The defendant is entering the last phase of the Healing Transitions program, which will allow him to obtain employment outside of the program and look for a stable residence. To help facilitate this, it is the recommendation of the Probation Office to modify the defendant’s conditions to stand alone monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must participate in the following location restriction program and comply with its requirements as directed: Stand Alone Monitoring.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: October 14, 2026

## ORDER OF THE COURT

Considered and ordered the 27th day of October, 2026, and ordered filed and made part of the records in the above case.

Louise W. Flanagan
United States District Judge